CATHARINE M. RAYMOND, *Respondent, v.* JOSEPH HUSSON and others, *Appellants.* — Action No. 1.   Order affirmed, with costs and disbursements.   Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

SAME *v.* SAME. — Action No. 2.   Order affirmed, with costs and disbursements.   Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

IN THE MATTER OF SYCAMORE STREET, BROOKLYN. — Motion to vacate order appointing commissioners denied, without costs. Opinion by GILBERT, J.; DYKMAN, J., dissenting.

MATTER OF ANDREW S. HALL, a supposed Lunatic.— Order reversed, with costs and disbursements, and motion denied so far as it asks for order to pay over the money, but granted that the claimant have leave to sue the committee.   Opinion by BARNARD, P. J.

JAMES LUYSTER, JR., and WILLIAM M. VALENTINE, *Appellants, v.* ELIZA CURRAN, *Respondent.*— Order of County Court affirmed, with costs and disbursements.   Opinion by DYKMAN, J.

MATTER OF WILLIAM HEATH. — Order refusing to vacate order of August 12, 1880, reversed, with costs and disbursements, and motion granted with costs; and order of 23d November, 1880, requiring assignee to comply with order of August 12, 1880, reversed, with costs and disbursements.   Order of 11th January, 1881, reversed, with costs and disbursements.   Opinion by BARNARD, P. J.

LOWELL TALBOT, *as Trustee, etc., Appellant, v.* GEORGE W. ADAMS and CORNELIUS R. COLYER, *as Executors, etc., Respondents.* — Judgment affirmed, with costs.   Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

PETER P. PARROTT and others, *Executors, etc., Appellants, v.* ALEXANDER T. ARTHUR and others, *Respondents.* — Order reversed, with costs and disbursements.   Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Appellants, v.* THE BROOKLYN, FLATBUSH AND CONEY ISLAND RAILWAY COMPANY, *Respondent.* — Judgment affirmed, with costs.   Opinion by GILBERT, J.; BARNARD, P. J., not sitting.